| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Joseph M. Tosti 94451<br>15615 Alton Parkway, Suite 210<br>Irvine, CA 92618<br>(949) 450-1200 Fax: (949) 450-1240<br>94451 CA<br>JMTATTY@AOL.COM | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Brian B. Barbuto<br>Michelle Barbuto<br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11488-TA**<br>CHAPTER: **7**<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☑ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 9/27/21

_____
Brian B. Barbuto
Debtor 1 Signature

_____
Michelle Barbuto
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Brian B. Barbuto** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Michelle Barbuto** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 8:21-bk-11488 | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **AAA Auto Insurance** | Last 4 digits of account number  5684 | $1,124.00 |
| | Nonpriority Creditor's Name | | |
| | P.O. Box 25001 | When was the debt incurred? | |
| | Santa Ana, CA 92799 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1    Brian B. Barbuto
Debtor 2    Michelle Barbuto                                                     Case number (if known)    8:21-bk-11488

| 4.2 | **CA Business Bureau** | Last 4 digits of account number    4009 | $670.00 |

Nonpriority Creditor's Name
1711 S. Mountain Ave.
Monrovia, CA 91016-4256
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.3 | **First Financial Asset Management** | Last 4 digits of account number | $956.00 |

Nonpriority Creditor's Name
3091 Governors Lake Drive, Ste 500
Peachtree Corners, GA 30071
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.4 | **Garrett Stiepl Ryder LLP** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
3200 Bristol St, Suite 850
Costa Mesa, CA 92626
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Brian B. Barbuto**
Debtor 2  **Michelle Barbuto**                                         Case number (if known)  **8:21-bk-11488**

| 4.5 | **OMID Medical** | Last 4 digits of account number | | $853.00 |

Nonpriority Creditor's Name
**2500 Alton Parkway, Suite 101**
**Irvine, CA 92606**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Medical services**

☒ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.6 | **Professional Credit Service** | Last 4 digits of account number  **8668** | | $63.00 |

Nonpriority Creditor's Name
**PO Box 1320**
**Southgate, MI 48195-0320**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

☒ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.7 | **The Carlye** | Last 4 digits of account number  **115** | | $43,824.00 |

Nonpriority Creditor's Name
**18880 Douglas**
**Irvine, CA 92612**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

☒ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor 1 | Brian B. Barbuto | | |
|---|---|---|---|
| Debtor 2 | Michelle Barbuto | Case number (if known) | 8:21-bk-11488 |

| 4.8 | Todd Murrary | Last 4 digits of account number | $5,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
1050 Fulton Ave, Suite 218
Sacramento, CA 95825
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | UC Irvine Health | Last 4 digits of account number | $223.00 |
|---|---|---|---|

Nonpriority Creditor's Name
Single Billing Office
1500 S Douglass Road, Suite 200
Anaheim, CA 92806
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical services

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Total claims from Part 1

| | | | | | Total Claim |
|---|---|---|---|---|---|
| 6a. | Domestic support obligations | | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | | 6d. | $ | 0.00 |
| 6e. | Total Priority. Add lines 6a through 6d. | | 6e. | $ | 0.00 |

Total claims from Part 2

| | | | | | Total Claim |
|---|---|---|---|---|---|
| 6f. | Student loans | | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | 6g. | $ | 0.00 |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 4 of 5

| Debtor 1 | Brian B. Barbuto | | | |
|---|---|---|---|---|
| Debtor 2 | Michelle Barbuto | | Case number (if known) | 8:21-bk-11488 |

| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 52,713.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 52,713.00 |

AAA Auto Insurance
P.O. Box 25001
Santa Ana, CA 92799


CA Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016-4256


First Financial Asset Management
3091 Governors Lake Drive, Ste 500
Peachtree Corners, GA 30071


Garrett Stiepl Ryder LLP
3200 Bristol St, Suite 850
Costa Mesa, CA 92626


OMID Medical
2500 Alton Parkway, Suite 101
Irvine, CA 92606


Professional Credit Service
PO Box 1320
Southgate, MI 48195-0320


The Carlye
18880 Douglas
Irvine, CA 92612


Todd Murrary
1050 Fulton Ave, Suite 218
Sacramento, CA 95825

UC Irvine Health
Single Billing Office
1500 S Douglass Road, Suite 200
Anaheim, CA 92806

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15615 Alton Parkway, Suite 210
Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/27/21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Stephen T Cammack    cammacklawoffice@gmail.com
   Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
   Mike D Neue    m.neue@geracillp.com, s.delucas@geracillp.com
   Joseph M Tosti    jmtatty@aol.com, kathe.legal@aol.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 9/27/21, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/21 | **Kathe Enright** | /s/Kathe Enright |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1007-1.1.AMENDED.SUMMARY

*Sent via US Mail:*

AAA Auto Insurance
P.O. Box 25001
Santa Ana, CA 92799

CA Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016-4256

First Financial Asset Management
3091 Governors Lake Drive, Ste 500
Peachtree Corners, GA 30071

Garrett Stiepl Ryder LLP
3200 Bristol St, Suite 850
Costa Mesa, CA 92626

OMID Medical
2500 Alton Parkway, Suite 101
Irvine, CA 92606

Professional Credit Service
PO Box 1320
Southgate, MI 48195-0320

The Carlye
18880 Douglas
Irvine, CA 92612

Todd Murrary
1050 Fulton Ave, Suite 218
Sacramento, CA 95825

UC Irvine Health
Single Billing Office
1500 S Douglass Road, Suite 200
Anaheim, CA 92806

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 1007-1.1.AMENDED.SUMMARY